UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

ROGER M. WILLIAMS, JR.,

    Petitioner,

v.

VETERAN'S ADMINISTRATION,

    Respondent.

No. CV-07-306-FVS

ORDER

**ROGER M. WILLIAMS, JR.,** having filed both a petition for a writ of mandamus compelling the Department of Veterans Affairs to pay him additional benefits and a motion for appointment of counsel; the matter having come before the Court for screening pursuant to 28 U.S.C. § 28 U.S.C. § 1915(e)(2); and the Court having determined that it lacks jurisdiction over the subject matter of Mr. Williams' petition, *Pope v. United States*, 77 Fed.Cl. 737, 740 (2007) ("[a]ny party may obtain review of the decision of the Court of Appeals for Veterans Claims by filing an appeal directly with the Court of Appeals for the Federal Circuit, which has exclusive jurisdiction over such matters"); Now, therefore

**IT IS HEREBY ORDERED:**

1. Mr. Williams' motion to appoint counsel (**Ct. Rec. 5**) is

ORDER - 1

denied.

2. Mr. Williams' petition for a writ of mandamus (**Ct. Rec. 4**) is dismissed.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order, furnish a copy to Mr. Williams, and close the case.

**DATED** this ___10th___ day of October, 2007.

```
                       s/ Fred Van Sickle
                         Fred Van Sickle
                  United States District Judge
```

ORDER - 2